IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| CLISANTOS ORTEGA-ESPINOZA, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 04-526-JE |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHARON BLACKETTER, | ) | |
| | ) | |
| Respondent. | ) | |

Anthony D. Bornstein
Assistant Federal Public Defender
101 S. W. Main Street, Suite 1700
Portland, Oregon  97204

    Attorney for Petitioner

Hardy Myers
Attorney General
Lynn David Larsen
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon  97310

    Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and Recommendation on March 2, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Petitioner has filed objections to the Findings and Recommendation. Respondent has not filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in petitioner's objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (#42) and DENY the Petition for Writ of Habeas Corpus (#2). Judgment will be entered dismissing this case with prejudice.

Dated this ____4th_____ day of May, 2006.

                                               /s/ Garr M. King
                                               Garr M. King
                                               United States District Judge